**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00881-KMT

TODD VANCE, individually and on behalf of all others similarly situated.

    Plaintiff,

v.

ARMADILLO MANAGEMENT, L.L.C.; RLDC GP, LLC; REPUBLIC LAND AND DEVELOPMENT COMPANY, LP, f/k/a ARMADILLO CONSTRUCTION COMPANY, LTD., f/k/a ARMADILLO CONSTRUCTION COMPANY, INC.; and HVH HOMES, LLC d/b/a Armadillo Homes, a View Homes Company.

    Defendants.

---

STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(ii)

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Todd Vance and Defendants VIEW HOMES INCORPORATED; ASPEN VIEW HOMES, LLC; ARMADILLO MANAGEMENT, L.L.C.; RLDC GP, LLC; REPUBLIC LAND AND DEVELOPMENT COMPANY, LP, f/k/a ARMADILLO CONSTRUCTION COMPANY, LTD., f/k/a ARMADILLO CONSTRUCTION COMPANY, INC. hereby stipulate that the above-captioned case be dismissed without prejudice as to Defendants VIEW HOMES INCORPORATED; ASPEN VIEW HOMES, LLC; ARMADILLO MANAGEMENT, L.L.C.; RLDC GP, LLC; REPUBLIC LAND AND DEVELOPMENT COMPANY, LP, f/k/a ARMADILLO CONSTRUCTION COMPANY, LTD., f/k/a ARMADILLO

CONSTRUCTION COMPANY, INC. Each Party agreeing to this dismissal will bear its own attorney's fees and costs as against the other Party.

This case will proceed against Defendant HVH HOMES, LLC. Plaintiff does not waive his right to seek attorney's fees and costs as against Defendant HVH HOMES, LLC.

Dated:  September 23, 2021	Respectfully submitted,

/s/ Melinda Arbuckle
**Melinda Arbuckle**
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, TX 77046
Telephone: (713) 621-2277
E-mail: marbuckle@eeoc.net

ATTORNEYS FOR PLAINTIFF AND
PUTATIVE COLLECTIVE ACTION MEMBERS

Agreed:

/s/ John David Mereness
John David Mereness
Giometti & Mereness PC
501 South Cherry Street, Suite 1000
Denver, CO 80246
Telephone: (303) 333-1957
E-mail: jmereness@giomettilaw.com

ATTORNEY FOR DEFENDANTS ARMADILLO
MANAGEMENT, L.L.C.; RLDC GP, LLC;
REPUBLIC LAND AND DEVELOPMENT
COMPANY, LP, f/k/a ARMADILLO
CONSTRUCTION COMPANY, LTD., f/k/a
ARMADILLO CONSTRUCTION COMPANY, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2021, I filed the foregoing document with the Clerk of Court for the District Court of Colorado using the CM/ECF filing system. All counsel of record were served electronically thereby.

                                    */s/ Melinda Arbuckle*
                                    **Melinda Arbuckle**