**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00881-RBJ

TODD VANCE, individually and on behalf of all
others similarly situated.

    Plaintiff,

v.

HVH HOMES, LLC d/b/a Armadillo Homes, a
View Homes Company,

    Defendant.

---

### STIPULATED MOTION TO TRANSFER VENUE

---

Plaintiff Todd Vance ("Plaintiff" or "Vance") and Defendant HVH Homes, LLC ("Defendant" or "HVH") (together the "Parties") file this Stipulated Motion to Transfer Venue to the San Antonio Division of the United States District Court for the Western District of Texas, pursuant to 28 U.S.C. § 1404. In support thereof, the Parties state as follows:

### I.     FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff, a Texas resident, filed his Complaint in this case on March 26, 2021, naming as Defendants View Homes Incorporated, Aspen View Homes, LLC, Armadillo Management, LLC, RLDC GP, LLC, Republic Land and Development Company, LP and Trinet HR II, Inc. (ECF No. 1.) On May 19, 2021, Plaintiff a Notice of Voluntary Dismissal with respect to Defendants View Homes Incorporated, Aspen View Homes, LLC, Armadillo Management, LLC, RLDC GP, LLC, Republic Land and Development

1

Company, LP and Trinet HR II, Inc. (ECF No. 27.) On May 21, 2021 the Court terminated Defendants View Homes Incorporated, Aspen View Homes, LLC and Trinet HR II, Inc. from the case, pursuant to the Court's earlier Order of May 21, 2021. (ECF Nos. 29, 31.) On June 14, 2021, Plaintiff filed his First Amended Complaint, naming Armadillo Management, LLC, RLDC GP, LLC, Republic Land and Development Company, LP and HVH Homes, LLC as Defendants. (ECF No. 36.) On September 23, 2021, Plaintiff filed a Stipulation of Dismissal relating to Defendants Armadillo Management, LLC, RLDC GP, LLC and Republic Land and Development Company, LP, all of which were terminated by the Court on September 23, 2021. (ECF Nos. 51, 52.)  As a result, HVH Homes, LLC, a Texas Limited Liability Company, is the only Defendant remaining in this case. The incidents giving rise to this action occurred as a result of Plaintiff's employment with HVH in Texas.

On September 3, 2021, HVH moved to dismiss Plaintiff's First Amended Complaint, on the basis that this Court does not properly exercise personal jurisdiction over it. (ECF No. 48.) In the alternative, HVH asked the Court to transfer venue to the Western District of Texas. (*Id.*) On September 17, 2021, Plaintiff filed its Notice of Non-Opposition to Defendant's Motion to Dismiss (ECF No. 50) without prejudice to refiling, but requested for the convenience of the parties and the Court that the alternative relief in Defendant's Motion to Dismiss be granted instead, and that the case be transferred to the Western District of Texas rather than dismissed and refiled. On September 30, 2021, the Court issued an Order denying HVH's Motion to Dismiss without prejudice, and ordering the Parties to further confer regarding the subject of the motion. (ECF No. 58.)

Upon further conferral, the Parties reached agreement to stipulate to the instant Stipulated Motion to Transfer Venue.

## II.     RELIEF REQUESTED

A district court may transfer an action "for the convenience of parties and witnesses, in the interest of justice, . . . to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a); *Emp'rs Mut. Cas. Co. v. Bartile Roofs, Inc.*, 618 F.3d 1153, 1167 (10th Cir. 2010). Here, the Parties consent to the transfer of this action from the District of Colorado to the Western District of Texas, San Antonio Division. The Parties also agree that this case might have been brought in the Western District of Texas, San Antonio Division.

Moreover, the factors that may be considered by the Court weigh in favor of transferring venue of this action, in which Plaintiff is a Texas resident, Defendant is a Texas Limited Liability Company, and the incidents giving rise to this action occurred as a result of Plaintiff's employment with HVH in Texas. *See Emp'rs Mut. Cas. Co.*, 619 F.3d at 1167 (discretionary factors to be weighed by courts include accessibility of witnesses and other sources of proof, including the availability of compulsory process to insure attendance of witnesses, the cost of making the necessary proof, the advantage of having a local court determine questions of local law, and all other considerations of a practical nature that make a trial easy, expeditious and economical).

For all of the reasons set forth above, for the convenience of parties and witnesses, and in the interest of justice, the Parties agree and stipulate to the transfer of venue of this action from this Court to the San Antonio Division of the Western District of Texas.

Dated:  October 8, 2021

Respectfully submitted,

s/Melinda Arbuckle
*Melinda Arbuckle*
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, TX 77046
Telephone: (713) 621-2277
E-mail: marbuckle@eeoc.net

ATTORNEY FOR PLAINTIFF AND PUTATIVE COLLECTIVE ACTION MEMBERS

s/Stacy D. Mueller
*Stacy D. Mueller*
Fox Rothschild LLP
1225 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 383-7667
E-mail: smueller@foxrothschild.com

ATTORNEY FOR DEFENDANT HVH HOMES, LLC

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Melinda Arbuckle
*Melinda Arbuckle*
